## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD COLLARD** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 3:16-cv-02637-G** |
| | § | |
| **STATE FARM MUTUAL AUTOMOBILE** | § | |
| **INSURANCE COMPANY** | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

    Plaintiff **RICHARD COLLARD** hereby dismisses all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

    Respectfully submitted:

**LAW OFFICES OF CHRISTOPHER L. DAVIS**

By:   */s/ Christopher L. Davis (by permission)*
**CHRISTOPHER L. DAVIS**
Texas Bar No. 00792446
PO Box 2316
Addison, TX 75001
(214) 443-9900 – Telephone
(214) 443-9901 – Facsimile
cdavis@texascounsel.com

**ATTORNEYS FOR PLAINTIFF**

                **GERMER PLLC**

By:    */s/ Gregory M. Howard*
        **GREGORY M. HOWARD**
        State Bar No. 24042989
        America Tower
        2929 Allen Parkway, Suite 2900
        Houston, Texas 77019
        (713) 650-1313 – Telephone
        (713) 739-7420 – Facsimile
        ghoward@germer.com

        **ATTORNEY IN CHARGE FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

Of Counsel:

**Rhonda J. Thompson**
State Bar No. 24029862
rthompson@thompsoncoe.com
**Jacqueline Ihekwaba**
State Bar No. 24090179
jihekwaba@thompsoncoe.com
Thompson Coe Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 77006
(214) 871-8200 – Telephone
(214) 871-8209 – Facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 23rd day of June, 2017.

     Christopher L. Davis
     Law Office of Christopher L. Davis
     PO Box 2316
     Addison, TX 75001

                */s/ Gregory M. Howard*
                **GREGORY M. HOWARD**